IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEVONTA MONTELL HOES                                                                PLAINTIFF

v.                                    Civil No.  2:24-cv-02096-MEF

OFFICER MATTHEW GWIN,
K-9 Officer;
SERGEANT KEITH SHELBY;
DETECTIVE PROCTOR;
OFFICER L. HENDRICKS, K-9 Unit;
and OFFICER JAMIE FRANCIS                                                        DEFENDANTS

**OPINION AND ORDER**

This case is before the Court on the Plaintiff's failure to obey the Orders of the Court and on Defendants' Motion to Dismiss (ECF No. 24).

Plaintiff, Devonta M. Hoes, filed this action pursuant to 42 U.S.C. §1983.  He proceeds *pro se* and *in forma pauperis* ("IFP").  Plaintiff was incarcerated in the Sebastian County Detention Center when he filed his Complaint.  (ECF No. 1).

When he filed this case, Plaintiff was specifically advised that he was required to immediately inform the Court of any change of address. (ECF No. 3).  If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address no later than thirty (30) days from the time of his transfer to another facility or his release.  Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On December 30, 2024, the Court entered an Order granting Defendants' Motion to Compel and extending the deadlines of the Initial Scheduling Order.  (ECF No. 22).  Plaintiff was given

1

until January 17, 2025, to supply Defendants with discovery responses. This Order was returned as undeliverable on January 15, 2025. (ECF No. 23). Plaintiff had 30 days, or until February 14, 2025, to provide the Court with his new address. No new address was received.

On December 18, 2025, the Defendants filed a Motion to Dismiss. (ECF No. 24). Defendants state they have not received Plaintiff's discovery responses or a new address from Plaintiff.

To date, Plaintiff has not provided a new address or contacted the Court in anyway. In fact, the last document filed by the Plaintiff in this case was a supplement to his Complaint filed on October 2, 2024. (ECF No. 18).

For these reasons, Defendants' Motion to Dismiss (ECF No. 24) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

DATED this 18th day of February 2025.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE